# Exhibit D

*Andresens' April 29, 2021
Loss Mitigation Packet*



**SN SERVICING CORPORATION**

Main Office NMLS# 5985
Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008
Jeff Harrision NMLS# 1314656
www.snsc.com

## Loss Mitigation Packet

### NOTICE OF ATTEMPT TO COLLECT DEBT

YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.

Para información en español llame al (800) 603-0836 ext 2643 o 2660 o 2750

Dear Borrower,

Your loan is currently being serviced by SN Servicing Corporation ("SNSC").

You are receiving this loss mitigation packet in response to your request for mortgage assistance. The assistance options available to you depend on your individual circumstances. If you provide all required information and documentation about your situation, we will determine if you qualify for temporary or long-term relief, including solutions that may allow you to stay in your home (i.e., repayment plan, forbearance, or loan modification). These options are subject to application and approval.

If you have questions about this application or the options available to you, please call us at:

## (800) 603-0836

SN Servicing Corporation Asset Managers are available **Monday – Friday (6am to 6:30pm PST)**

Time is of the essence; we ask that you promptly submit the required documents, as requests are processed in the order in which they are received.

This letter will not delay or affect the foreclosure that may be pending for your loan. Any demand or notice is still in effect and this will not be stopped unless you are able to qualify for one of these programs. If you want to avoid foreclosure you must call the number listed above. Otherwise, the foreclosure will proceed pursuant to state law and the loan documents.

The United States Department of Housing and Urban Development (HUD) sponsors free housing counseling services. To find a HUD-Approved housing counselor in your area, call (800) 569-4287 or TDD (800) 877-8339, or go online at www.hud.gov.

**PLEASE BE CERTAIN TO COMPLETE BOTH SIDES OF THESE FORMS.**



# SN SERVICING CORPORATION

**Loss Mitigation Checklist**

To process your request for Loss Mitigation, your return package to SN Servicing Corporation must include **ALL** of the following:

- [x] Signed and completed **Request for Mortgage Assistance** (form enclosed).

- [x] Signed and completed **Hardship Affidavit** (form enclosed).

- [x] Completed **Financial Analysis Worksheet** (form enclosed).

- [x] Copies of the **last two months pay stubs for all borrowers**. If you are unemployed, please include unemployment reward letter. If you receive a pension: disability; alimony and/or child support, please include official documentation of same. If you have rental income, please include a copy of the rental agreement(s).

- [ ] If you are self-employed, please send (1) a copy of the most recent **Federal Tax Return** for your business; (2) past six month's profit and loss statements; and (3) the past six month's business bank account statements…please include ALL pages.  *N/A*

- [ ] Copy of current **Homeowner's Insurance policy** or an estimate for coverage if you do not currently have homeowner's insurance. Please use a company you would want to purchase coverage from for the quote.  *SERVICER HAS THIS INFORMATION.*

- [x] Copy of most recent **Property Tax Bill**.

---

### Contact Us

If you have any questions regarding the items listed above, or if you would prefer to submit the documents via fax, please contact us at the number below:

**(800) 603-0836**

Hours of Operation
Monday – Friday (8:00am to 5:00pm PST)

### Send in Your Packet

Upon completion, please return all requested items to the address listed below. Requests will be processed in the order in which they are received, so we recommend that you start the process as soon as possible.

**SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501**

---

SN SERVICING CORPORATION
Main Office NMLS# 5985 | Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008 | Jeff Harrision NMLS# 1314656



Main Office NMLS# 5985
Branch Office NMLS #9785
Scott Nielsen NMLS# 191008
Jeff Harrison NMLS # 1314656
Phone: (800) 603-0836
Web: www.snsc.com

# Request for Mortgage Assistance

**COMPLETE ALL PAGES**

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name<br>TERRY ANDRESEN | Co-Borrower's Name<br>IRINA ANDRESEN |
| Mailing Address<br>607 COUNTRY LANE<br>DES PLAINES, IL 60016 | Mailing Address, if different from Borrower's |

| | |
|---|---|
| Mortgage Loan Number | 307529 |
| Property Address | 607 COUNTRY LANE<br>DES PLAINES, IL 60016 |
| The Property is | Owner Occupied: ☒   Renter Occupied: ☐   Vacant: ☐ |
| The Property is my | Primary Residence: ☒   Second Home: ☐   Investment: ☐ |
| I want to (check all that apply) | Keep the Property: ☒   Sell the Property: ☐   Vacate: ☐ |
| Have you contacted a Housing Counselor for help? | Yes ☐   No ☒ |
| If yes, please provide the following contact information: | Agency Name:<br>Counselor's Name:<br>Counselor's Phone #:<br>Counselor's Email: |
| Who pays the Real Estate Tax Bill on your Property? | I pay bill: ☐   Lender pays: ☒   Condo/HOA pays: ☐ |
| Are the Taxes current? | Yes ☒   No ☐ |
| Do you have Condo or HOA fees? | Yes ☒   No ☐ |

SNSC Loss Mitigation Application rev 02/11/2019

Page 2



**SERVICING CORPORATION**

Main Office NMLS# 5985
Branch Office NMLS #9785
Scott Nielsen NMLS# 191008
Jeff Harrison NMLS # 1314656
Phone: (800) 603-0836
Web: www.snsc.com

| | |
|---|---|
| If yes, specify Amount and HOA Name | Amount: 329.24  Paid to: COUNTRY HOMES AT BECK LAKE WOODS CONDO ASSOC |
| Who pays the Hazard Insurance Premium on your Property? | I pay bill: ☐    Lender pays: ☒    Condo/HOA pays: ☐ |
| Is the Policy current? | Yes ☒    No ☐ |
| Name of Insurance Company: | |
| Insurance Company Phone #: | |
| Have you filed for Bankruptcy? | Yes ☒    No ☐ |
| If yes, what Chapter | Chapter 7 ☒    Chapter 12 ☐<br>Chapter 11 ☐    Chapter 13 ☐ |
| Bankruptcy Filing Date: | JULY 31, 2012 |
| Bankruptcy Case Number: | 12 - 3046 |
| Has your Bankruptcy been Discharged? | Yes ☒    No ☐ |
| Is the Property listed for Sale? | Yes ☐    No ☒ |
| For Sale by Owner? | Yes ☐    No ☒ |
| Have your received an Offer on the Property? | Yes ☐    No ☒ |
| If yes, please provide the following: | Date of Offer: <br><br>Amount of Offer:     $<br><br>Agent's Name:<br><br>Agent's Phone Number: |

**Please list any Additional Liens, Mortgages, HELOCs on this Property**

| Lien Holder/Servicer's Name | Loan Number | Contact Number |
|---|---|---|
| | | |
| | | |

SNSC Loss Mitigation Application rev 02/11/2019                                                       Page 2

# Affidavit of Financial Hardship

Borrower Name: **TERRY ANDRESEN**  Loan Number: **307529**

Property Address: **607 COUNTRY LANE, DES PLAINES IL, 60016**

In order to qualify for **SN Servicing Corporations** ("Servicer") offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("✓") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | Co-Borrower | |
|---|---|---|
| ☐ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| ✗ | ✗ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

*SEE ATTACHED LETTER*

## Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.
2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

SN SERVICING CORPORATION
Main Office NMLS# 5985 | Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008 | Jeff Harrision NMLS# 1314656

PAGE 1

5. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.
6. I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.
7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.
8. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

_____ 4/28/21
**Borrower Signature**        **Date**

_____ 4/28/21
**Co-Borrower Signature**     **Date**

E-mail Address: CONTACT THROUGH
Cell Phone       MY ATTORNEY
Home Phone
Work Phone

E-mail Address: CONTACT THRU
Cell Phone       MY ATTORNEY
Home Phone
Work Phone

Explanation:  SEE ATTACHED LETTER

SN SERVICING CORPORATION
Main Office NMLS# 5985 | Branch Office NMLS# 9785
Scott Nielsen NMLS# 191008 | Jeff Harrision NMLS# 1314656

PAGE 2

## FINANCIAL ANALYSIS WORKSHEET

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Employer Name | | Employer Name | |
| Employer Phone # | | Employer Phone # | |
| Years on Job | | #Years on Job | |
| **BORROWER MONTHLY INCOME** | | **CO-BORROWER MONTHLY INCOME** | |
| Gross Wages per Month: | $ | Gross Wages per Month: | $ |
| Unemployment Compensation: | $ | Unemployment Compensation: | $ |
| Child Support/Alimony*: | $ | Child Support/Alimony*: | $ |
| Disability/SSI: | $ 2448.00 | Disability/SSI: | $ |
| Rental Income: | $ | Rental Income: | $ |
| Pension/Annuity Income: | $ 1220.39 | Pension/Annuity Income: | $ |
| Tips, Commission, Bonus, Overtime: | $ | Tips, Commission, Bonus, Overtime: | $ |
| Foods Stamps/Public Assistance*: | $ | Foods Stamps/Public Assistance*: | $ |
| Non-Borrower Contribution: | $ | Non-Borrower Contribution: | $ |
| Other: | $ | Other: | $ |
| Federal & State Tax Withholdings | -$ | Federal & State Tax Withholdings | -$ |
| Other Deductions (401k etc) | -$ | Other Deductions (401k etc) | -$ |

| COMBINED HOUSEHOLD ASSETS (BORROWER AND CO-BORROWER) | |
|---|---|
| Checking Accounts (Total amount, if more than one) | $ 13,000 |
| 401(K), IRA, or Pension Fund | $ |
| Savings/Money Market | $ |
| Certificates of Deposits (CDs) | $ |
| Stocks/Bonds/Mutual Funds | $ |
| Cash on Hand | $ |
| Value of all Real Estate except Principal Residence | $ |
| Settlement | $ |
| Other | $ |

| COMBINED MONTHLY EXPENSES (BORROWER AND CO-BORROWER) | | | |
|---|---|---|---|
| 1st Mortgage (Principal & Interest) | -$ 915.29 | Auto Loans/Lease | -$ |
| Other Mortgage (Principal & Interest) | -$ | Fuel, Maintenance/Repairs | -$ 34.00 |
| Other Mortgage (Principal & Interest) | -$ | Auto Insurance/Registration | -$ 69.00 |
| Homeowners Insurance INC. W/ MORTGAGE PYMT | | Other Transportation Expenses | -$ |
| Property Taxes INC. W/ MORTGAGE PYMT | | Credit Cards Minimum Payment | -$ 35.00 |
| HOA/Condo Fees | -$ 392.24 | Personal Loan Minimum Payment | -$ |
| Electricity | -$ 60 | Child Support/Alimony Expense | -$ |
| Gas | -$ 50 | Child Care | -$ |
| Water and Sewer | -$ 56 | Health Insurance | -$ |
| Waste/Trash Removal | -$ | Medical/Dental/Vision Insurance | -$ |
| Telephone/Cell Phone | -$ 59.15 | Food/Groceries | -$ 300.00 |
| Internet Service | -$ 20.99 | Dining Out | -$ |
| Cable/Satellite | -$ | Personal & Household Items | -$ 50.00 |
| Negative Net Rental Income | -$ | Other Debt/Miscellaneous | -$ |

*Note: You are not required to disclose Public Assistance, Child Support, Alimony or Separation Maintenance, unless you choose to have it considered by your servicer.

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. [Note: Lender should place its name, address, and contact information here.]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

# HARDSHIP LETTER

**Property Address:** 607 Country Lane, Unit #607
Des Plaines, Illinois 60016

**Borrower:** Terry Andresen

**Loan Number:** 307529

The alleged default was not caused by a hardship.

In December 2015, I was offered a Trial Period Payment Plan, which I accepted and completed.

Because I completed the Trial Period Payment Plan, in or about May 2016, I was offered a permanent modification, which I accepted, executed, and delivered to the servicer.

In June 2016, the pending foreclosure case was dismissed as a result of entering into the permanent modification.

Mortgage payments were timely made, pursuant to the permanent modification, for the next 30 months.

For unknown reasons, and without explanation, BSI stopped accepting the mortgage payments in January 2019 and a foreclosure lawsuit was filed.

Through my attorney, I have been attempting to resolve this issue since that time. According to your attorneys, the only way to resolve it is by applying for a loan modification again.

_____  4/6/21
Terry Andresen               Date

# Werner W. Gruber

## Attorney at Law

88 Cambridge Rd.
Grosse Pointe Farms, MI 48236

Phone: (708) 420-2100
Fax: (312) 268-7064
Email: werner@gruberlegal.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## LETTER OF AUTHORIZATION

Account Number:     307529

Property Address:   607 Country Lane Des Plaines, Illinois 60016

Borrowers:          Terry Andresen and Irina Andresen

We are represented by attorney Werner Gruber concerning the subject mortgage loan account. We hereby authorize you to release any and all information concerning the mortgage loan account to attorney Werner Gruber at his request. We also authorize you to discuss any and all issues related to the mortgage loan account with attorney Werner Gruber.

_____     4/28/21
Terry Andresen            Date

_____     4/28/21
Irina Andresen            Date

# Your New Benefit Amount

BENEFICIARY'S NAME: TERRY L ANDRESEN

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $2,448.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020 on or about December 31, 2020. | $2,448.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* or call their Electronic Payment Solution Center at **1-800-333-1795**. If outside the United States, please call **1-214-254-3113**.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit *www.ssa.gov/benefits/disability/appeal.html* online.


ZURICH

April 29, 2019

Terry Andresen
1510 SUNSET WAY
col 28131
WESTON, FL 33327

**Personal and Confidential**

Re: Pension Benefits Payable from the Zurich American Insurance Company Retirement Account Plan

Dear Terry L. Andresen,

We recently received a request to verify pension benefits for Terry L. Andresen payable from Zurich.

The monthly benefit(s) for Terry L. Andresen is/are as follows:

| Plan Name | Pension Amount | Start Date | Stop Date | Payment Option |
|---|---|---|---|---|
| Zurich American Insurance Company Retirement Account Plan | $ 979.73 | 05/01/2017 | | 50% Joint and Survivor Annuity |

Below are descriptions of possible payment options for your reference.

- **Lump Sum Benefit** – a single payment of the value of your total vested benefit under the Pension Plan. No additional benefits will be paid after you receive a lump sum benefit.

- **Single Life Annuity** – a monthly annuity payable for your lifetime. When you die, payments will cease, with no further benefits payable to anyone. If you are married, you must provide a notarized spousal waiver to elect this option. Your monthly payments for this option will be larger than those under the joint and survivor annuity options.

Zurich American Insurance Company Retirement Account Plan specific possible payment options:

- **Joint and Survivor Annuities** – a monthly benefit payable to you until your death. A monthly survivor benefit equal to 25%, 50%, 75% or 100% of the amount originally payable is paid upon the death of the participant to the designated beneficiary for the remainder of his or her lifetime. Since the benefits are expected to be paid for two lives (yours and your designated beneficiary), the monthly amount of your benefit is smaller than the amount you would receive under the single life annuity. The amount of the reduction depends upon the age of both you and your surviving spouse/designated beneficiary and on the percentage



continued after your death.

If you elect a payment option other than the Qualified Joint & Survivor Annuity or designate someone other than your spouse as your beneficiary, you must provide a notarized spousal waiver for such election.

- **Five Year Certain and Life Annuity** – a monthly benefit reduced to provide a guaranteed income for 5 years. If you die before you have received 60 monthly payments, the balance of such 60 payments will be made to your beneficiary in the same amount per month. If you live beyond the guaranteed period, your payment will continue for your lifetime, but no benefits will be paid to any beneficiary after your death.

- **Ten Year Certain and Life Annuity** – a monthly benefit reduced to provide a guaranteed income for 10 years. If you die before you have received 120 monthly payments, the balance of such 120 payments will be made to your beneficiary in the same amount per month. If you live beyond the guaranteed period, your payment will continue for your lifetime, but no benefits will be paid to any beneficiary after your death.

- **Ten Year Certain Annuity** – a monthly benefit reduced to provide a guaranteed income for exactly 10 years. If you die before you have received 120 monthly payments, the balance of such 120 payments will be made to your beneficiary in the same amount per month. If you live beyond the guaranteed period, your payments will cease.

If you have any questions about this information, please contact us online by way of Message Center at Contact Email or call the Zurich Pension Center at (800) 898-7143. You may also review the Summary Plan Description (SPD) for additional information regarding the pension plan benefits. It is available on the pension website at Contact Email

Sincerely,

Zurich Pension Center

  

○ 05-09-2019 11:03 AM          Aon                    → 17328927301                              pg 2 of 2



**CSC Employee Pension Plan**
**Pension Verification**
Statement Date: 05-09-2019

TERRY L ANDRESEN
1510 SUNSET WAY
COL 28131
WESTON, FL  33327

This letter confirms that TERRY L ANDRESEN receives a monthly pension benefit for life in the amount of $153.09 under the CSC Employee Pension Plan.

If you have any questions regarding this information, you may call the CSRA Pension Center toll free at 844.335.9041.

Sincerely,

CSRA Pension Center

Metropolitan Life Insurance Company
PO Box 14710
Lexington, KY 40512-4710



Annuity & Retirement Services
Alternate ID: 1760256139
Group Number: 000039100
Annuitant: Terry Andresen

April 29, 2019

TERRY L ANDRESEN
1510 SUNSET WAY
FORT LAUDERDALE, FL 33327-2343

## Verification of benefits

### Why we're contacting you

Please find below a written verification of the benefits for TERRY L ANDRESEN under the Group Number referenced above. Note there is no face, cash or insurance value attached to this benefit.

| | |
|---|---|
| **Benefit start date:** | August 1, 2017 |
| **Gross benefit amount:** | $54.96 |
| **Deductions** | |
| Federal Tax: | $0.00 |
| **Net benefit payment:** | $54.96 |
| **Frequency:** | Monthly |
| **Benefit payable until:** | Death |

### What you need to do

Please keep this document in a safe place for future reference.

### We're here to help

You can reach us at 1-800-638-5656. We're here Monday through Friday from 8 a.m. to 9 p.m. Eastern Time.

INVE

1 of 1

Metropolitan Life Insurance Company
PO Box 14710
Lexington, KY 40512-4710



April 29, 2019

Annuity & Retirement Services
Alternate ID: 1760256139
Group Number: 000039100
Annuitant: Terry Andresen

TERRY L ANDRESEN
1510 SUNSET WAY
FORT LAUDERDALE, FL 33327-2343

## Verification of benefits

### Why we're contacting you

Please find below a written verification of the benefits for TERRY L ANDRESEN under the Group Number referenced above. Note there is no face, cash or insurance value attached to this benefit.

| | |
|---|---|
| **Benefit start date:** | August 1, 2017 |
| **Gross benefit amount:** | $32.59 |
| **Deductions** | |
| Federal Tax: | $0.00 |
| **Net benefit payment:** | $32.59 |
| **Frequency:** | Monthly |
| **Benefit payable until:** | Death |

### What you need to do
Please keep this document in a safe place for future reference.

### We're here to help
You can reach us at 1-800-638-5656. We're here Monday through Friday from 8 a.m. to 9 p.m. Eastern Time.

INVE

1 of 1

## 2020 First Installment Property Tax Bill - Cook County Electronic Bill

| TOTAL PAYMENT DUE | | | | | | | |
|---|---|---|---|---|---|---|---|
| **$0.00** By 05/03/21 | Property Index Number (PIN) 09-09-201-056-1047 | Volume 086 | Code 22235 | Tax Year 2020 | (Payable In) (2021) | Township MAINE | Classification 2-99 |
| IF PAYING AFTER 05/03/21, PLEASE PAY | 05/04/21-06/01/21 $0.00 | OR | | 06/02/21-07/01/21 $0.00 | OR | 07/02/21-08/01/21 $0.00 | |

### TAXING DISTRICT DEBT AND FINANCIAL DATA

| Your Taxing Districts | Money Owed by Your Taxing Districts | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | % of Pension and Healthcare Costs Taxing Districts Can Pay |
|---|---|---|---|---|
| Northwest Mosquito Abatement Wheeling | $213,887 | $7,369,108 | $526,648 | 92.85% |
| Metro Water Reclamation Dist of Chicago | $3,404,722,000 | $2,909,890,000 | $1,377,581,000 | 52.66% |
| No. Maine Fire Prot Dist (Des Plaines) | $7,038,100 | $39,308,121 | $12,977,931 | 66.98% |
| Niles Public Library Dist | $481,795 | $5,684,252 | $490,460 | 91.37% |
| Oakton College Dist Skokie Des Plaines | $93,941,502 | $43,842,673 | $26,594,266 | 39.34% |
| Maine Township High School District 207 | $157,768,104 | $519,703,351 | $19,301,053 | 96.29% |
| Comm Consolidated SD 62 (Des Plaines) | $90,905,272 | $50,095,393 | $9,389,105 | 81.26% |
| Town of Maine | $1,220,369 | $13,236,223 | $1,173,934 | 91.13% |
| Cook County Forest Preserve District | $193,646,842 | $457,040,680 | $246,669,734 | 46.03% |
| County of Cook | $6,898,027,070 | $23,257,290,307 | $13,395,266,525 | 42.40% |
| **Total** | **$10,847,964,941** | **$27,303,460,108** | **$15,089,970,656** | |

For a more in-depth look at government finances and how they affect your taxes, visit cookcountytreasurer.com

### PAY YOUR TAXES ONLINE
Pay at cookcountytreasurer.com from your bank account or credit card.

### TAX CALCULATOR

| 2019 TOTAL TAX | | 3,094.69 |
|---|---|---|
| 2020 ESTIMATE | X | 55% |
| 2020 1st INSTALLMENT | = | 1,702.08 |

The First Installment amount is 55% of last year's total taxes. All exemptions, such as homeowner and senior exemptions, will be reflected on your Second Installment tax bill.

### IMPORTANT MESSAGES

**PROPERTY LOCATION**
607 COUNTRY LN
DES PLAINES IL 60016

**MAILING ADDRESS**
TERRY ANDRESEN
607 COUNTRY LN
DES PLAINES IL 600161240

*** Please see 2020 First Installment Payment Coupon next page ***

# 2020 First Installment Property Tax Bill

# Cook County Payment Coupon

Pursuant to Cook County Ordinance 07-O-68, if you are a mortgage lender, loan servicer, or agent of any entity within the meaning of 35 ILCS 200/20-12, you may not pay using a downloadable tax bill unless you pay the $5 duplicate bill fee.

--- DETACH & INCLUDE WITH PAYMENT ---

| TOTAL PAYMENT DUE | IMPORTANT PAYMENT MESSAGES | Property Index Number (PIN) | T1LG Volume |
|---|---|---|---|
| **$0.00**<br>By 05/03/21<br>If paying later, refer to amounts above. | Cook County eBill<br>Click to pay online<br>Click to update Mailing Name/Address<br>SN 0020200100 RTN 500001075 AN (see PIN) TC 008922 | 09-09-201-056-1047<br>Amount Paid<br>$ | 086 |

0020200100709092010561047000892240000000000000000000000000000000000000000

This is an Official Downloadable Tax Bill Payment Coupon.
Please process this coupon along with payment presented.

COOK COUNTY TREASURER
PO BOX 805438
CHICAGO IL 60680-4116

09092010561047/0/20/E/0000000000/1